IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD J. TRUMP,
    Plaintiff,

v.                                    Case No: 3:23cv2333-RV/ZCB

SIMON & SCHUSTER INC.,
et al.,
    Defendants.
_____/

## ORDER

    The Clerk is hereby directed to reassign this matter to another judge of this Court.

    **DONE and ORDERED this 23rd day of March 2023**

                                    **/s/ Roger Vinson**
                                    **ROGER VINSON**
                                    **Senior United States District Judge**