IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD J. TRUMP,
      Plaintiff,

Case No. 3:23cv2333-RV/ZCB

v.

SIMON & SCHUSTER INC.,
et al.,
      Defendants.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance of Kenneth B. Bell of the law firm of Gunster, Yoakley & Stewart, P.A., as counsel for Defendants, Simon & Schuster Inc., Robert Woodward, and Paramount Global.

Dated: March 24, 2023

                                GUNSTER YOAKLEY & STEWART, P.A.

                                /s/ Kenneth B. Bell
                                Kenneth B. Bell
                                Florida Bar No. 347035
                                215 South Monroe Street, Suite 601
                                Tallahassee, FL 32301-1804
                                Phone: (850) 521-1980
                                Facsimile: (850) 576-0902
                                kbell@gunster.com
                                awinsor@gunster.com

                                *Attorney for Defendants, Simon & Schuster Inc.,*
                                *Robert Woodward, and Paramount Global*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>                             /s/ Kenneth B. Bell
>                             Attorney

ACTIVE:16788511.1