IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation f/k/a VIACOMCBS, INC., a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBSCorporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,<br><br>Defendants. | Civil Action Number:<br><br>3:23-cv-02333-RV-ZCB |

**RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT ROBERT WOODWARD**

Pursuant to F.R.C.P. Rule 7.1(a)(2) and 28 U.S.C. § 1332(c), Bob Woodward

is a citizen of Washington D.C.

Dated: March 24, 2023

        **GUNSTER, YOAKLEY & STEWART, P.A.**

*/s/ Kenneth B. Bell*
Kenneth B. Bell (FBN 347035)
Lauren V. Purdy (FBN 93943)
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Email:    kbell@gunster.com
            lpurdy@gunster.com
            awinsor@gunster.com

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth A. McNamara (NYBN 1930643)
Linda J. Steinman (NYBN 2137305)
John M. Browning (NYBN 5213038)
Leena Charlton (NYBN 5622147)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email:    lizmcnamara@dwt.com
            lindasteinman@dwt.com
            jackbrowning@dwt.com
            leenacharlton@dwt.com

*Attorneys for Robert Woodward, Simon & Schuster, Inc. and Paramount Global*

*Pro Hac Vice Pending*\*[1]

---

[1] Motions for Admission Pro Hac Vice were filed on March 23, 2023 for all counsel of record from Davis Wright Tremaine, LLP.  *See* ECF Nos. 9-12. All counsel have completed the online tutorial and other requirements of Local Rule 11.1.

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Kenneth B. Bell*
Attorney
