IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>SIMON & SCHUSTER, INC., a New York corporation, ROBERT WOODWARD p.k.a. BOB WOODWARD, an individual, and PARAMOUNT GLOBAL, a Delaware corporation f/k/a VIACOMCBS, INC., a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBSCorporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation,<br><br>Defendants. | Civil Action Number:<br><br>3:23-cv-02333-MCR-ZCB |

### RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT PARAMOUNT GLOBAL

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure Defendant

Paramount Global hereby states that Paramount Global (f/k/a ViacomCBS Inc.) is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on February 14, 2023.

Pursuant to F.R.C.P. Rule 7.1(a)(2) and 28 U.S.C. § 1332(c), Paramount Global is a citizen of Delaware and New York.

Dated: March 24, 2023

**GUNSTER, YOAKLEY & STEWART, P.A.**

*/s/ Kenneth B. Bell*
Kenneth B. Bell (FBN 347035)
Lauren V. Purdy (FBN 93943)
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Email:      kbell@gunster.com
                lpurdy@gunster.com
                awinsor@gunster.com

**DAVIS WRIGHT TREMAINE LLP**

Elizabeth A. McNamara (NYBN 1930643)
Linda J. Steinman (NYBN 2137305)

4853-6698-2484v.3 3901014-000707

        John M. Browning (NYBN 5213038)
        Leena Charlton (NYBN 5622147)
        1251 Avenue of the Americas, 21st Floor
        New York, NY 10020
        Phone: (212) 489-8230
        Email:   lizmcnamara@dwt.com
                     lindasteinman@dwt.com
                     jackbrowning@dwt.com
                     leenacharlton@dwt.com

*Attorneys for Robert Woodward, Simon & Schuster, Inc. and Paramount Global*

*Pro Hac Vice Pending*\*[1]

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Kenneth B. Bell
        Attorney

---

[1] Motions for Admission Pro Hac Vice were filed on March 23, 2023 for all counsel of record from Davis Wright Tremaine, LLP.  *See* ECF Nos. 9-12. All counsel have completed the online tutorial and other requirements of Local Rule 11.1.