UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESIDENT DONALD J. TRUMP, 45th President of the United States of America, in his individual capacity,

    Plaintiff,

v.

SIMON & SCHUSTER, INC., et al.,

    Defendants.

CASE NO. 3:23-cv-2333-MCR-ZCB

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   March 28, 2023
Motion/Pleadings: MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS AND EXTENSION OF WORD LIMIT
Filed by Defendants on March 27, 2023 Doc. # 20

| | | | |
|---|---|---|---|
| _____ | Stipulated | _____ | Joint Pleading |
| __X__ | Unopposed | _____ | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Patricia G. Romero*
Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED** as follows:

1. Defendants may file two separate motions to dismiss.

2. Defendants' venue motion, and the opposition thereto, may not exceed 4,000 words; Defendants' Rule 12(b)(6) motion, and the opposition thereto, may not exceed 10,000 words.

3. Defendants' deadline to file the motions to dismiss is April 3, 2023; Plaintiff's deadline to respond to the motions to dismiss is May 15, 2023.

**DONE** and **ORDERED** this 28th day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**