# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DONALD J. TRUMP,

    Plaintiff,

v.

SIMON & SCHUSTER, INC., et al.,

    Defendants.

Case No. 3:23cv2333-MCR-ZCB

## ORDER

Pending before the Court is the Motion for Admission Pro Hac Vice, ECF No. 23, seeking leave for Attorney Thomas G. Hentoff, to appear before this Court as counsel on behalf of Defendant, Bob Woodward as Of Counsel. The motion demonstrates that the attorney is a member of good standing of the District of Columba Bar, as stated on the certificate of good standing dated within 30 days of the filing of the motions; have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee. Having fully reviewed the matter, the Court finds that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1, and the motions are due to be granted.

    Accordingly:

1. The Motion for Admission Pro Hac Vice, ECF No. 23 is **GRANTED**.

2. Attorney Thomas G. Hentoff is admitted *pro hac vice* to represent the Defendant, Bob Woodward as Of Counsel pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 29th day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**