# Appendix A: Interview Dates, Locations, and Attendees

| Date | Woodward's Location | Trump's Location[1] | Other Attendees |
|---|---|---|---|
| March 31, 2016 | Trump International Hotel in the Old Post Office Pavilion, Washington, D.C. | Trump International Hotel in the Old Post Office Pavilion, Washington, D.C. | Bob Costa, Hope Hicks, Corey Lewandowski, and Donald Trump, Jr. |
| Thursday, December 5, 2019 | Oval Office in the White House | Oval Office in the White House | Senator Lindsey Graham, Senior Political Counselor Kellyanne Conway, Deputy Press Secretary Hogan Gidley, Chief of Staff Mick Mulvaney, and Vice President Mike Pence |
| Friday, December 13, 2019 | Oval Office in the White House | Oval Office in the White House | Deputy Press Secretary Hogan Gidley and Deputy Chief of Staff for Communications Dan Scavino, Special Assistant to the President and Deputy Press Secretary Judd Deere |
| Monday, December 30, 2019 | Mar-a-Lago, Palm Beach, Florida | Mar-a-Lago, Palm Beach, Florida | Hogan Gidley and Dan Scavino |
| Monday, January 20, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Wednesday, January 22, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Friday, February 7, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Wednesday, February 19, 2020 | Washington D.C. (by phone) | Air Force One | Special Advisor Jared Kushner |

---

[1] Trump's location during each interview is derived from his statements during the Interviews and, where not explicitly stated, a review of his public schedule.

| | | | |
|---|---|---|---|
| Thursday, March 19, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Saturday, March 28, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Sunday, April 5, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Monday, April 13, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Wednesday, May 6, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Friday, May 22, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Wednesday, June 3, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Friday, June 19, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Monday, June 22, 2020 | Washington D.C. (by phone) | Washington D.C. | Melania Trump |
| Wednesday, July 8, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Tuesday, July 21, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| Friday, August 14, 2020 | Washington D.C. (by phone) | Washington D.C. | |
| May and June 2020 | Executive Office Building (D.C.), White House, and by phone | N/A | National Security Advisor Robert O'Brien; Deputy National Security Advisor Matthew Pottinger |