# Exhibit A

Pursuant to Defendants' Unopposed Motion to File Exhibits in Paper and Compact Disk Formats dated March 31, 2023 (Dkt. 25), copies of Exhibit A (the print edition of *The Trump Tapes: The Historical Record*, by Bob Woodward) were submitted to the Court in paperback and compact disk formats.