# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PRESIDENT DONALD J. TRUMP,
45th President of the United States of
America, in his individual capacity,

     Plaintiff,

v.                                                         CASE NO. 3:23-cv-2333-MCR-ZCB

SIMON & SCHUSTER, INC., et al.,

     Defendants.

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on _____ April 3, 2023 _____
Motion/Pleadings: MOTION FOR LEAVE TO FILE EXHIBITS IN PAPER AND
                        COMPACT DISK FORMATS
Filed by _Defendants_____ on March 31, 2023 Doc. # _25__
_____ Stipulated _____ Joint Pleading
_X__ Unopposed _____ Consented

           JESSICA J. LYUBLANOVITS
           CLERK OF COURT
           */s/ Patricia G. Romero* _____
           Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED** as requested.

**DONE** and **ORDERED** this 5th day of April 2023.

           *M. Casey Rodgers*
           **M. CASEY RODGERS**
           **UNITED STATES DISTRICT JUDGE**