UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESIDENT DONALD J. TRUMP,
45th President of the United States of America, in his individual capacity,

    Plaintiff,

v.

SIMON & SCHUSTER, INC., et al.,

    Defendants.

CASE NO. 3:23-cv-2333-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    May 3, 2023
Motion/Pleadings: MOTION FOR EXTENSION OF TIME TO FILE AND OPPOSE MOTIONS TO DISMISS AND EXTENSION OF WORD LIMIT
Filed by Defendants on May 2, 2023 Doc. # 33

| | | | |
|---|---|---|---|
| _____ | Stipulated | _____ | Joint Pleading |
| _X_ | Unopposed | _____ | Consented |

                JESSICA J. LYUBLANOVITS
                CLERK OF COURT
                */s/ Patricia G. Romero*
                Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED** as follows:

1.     Defendants may file two separate motions to dismiss.

2.     Defendants' venue motion, and the opposition thereto, may not exceed 4,000 words; Defendants' Rule 12(b)(6) motion, and the opposition thereto, may not exceed 10,000 words.

      3.    Defendants' deadline to file the motions to dismiss is May 19, 2023; Plaintiff's deadline to respond to the motions to dismiss is June 16, 2023.

      4.    Defendants' Motions to Dismiss (ECF Nos. 27 and 28) are MOOT in light of Plaintiff's First Amended Complaint (ECF No. 32) filed on April 24, 2023.

**DONE** and **ORDERED** this 4th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**