UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD J. TRUMP,
45th President of the United States of
America, in his individual capacity,

    Plaintiff

    v.                                                 Case No: 3:23cv2333-MCR/ZCB

SIMON & SCHUSTER, INC.;
ROBERT WOODWARD p.k.a
BOB WOODWARD;
and PARAMOUNT GLOBAL,
f/k/a Viacom Inc.,

    Defendants.
_____/

## ORDER

On review of the parties' Rule 26(f) Joint Report (ECF No. 35), the Court orders as follows:

(1) All future discovery in this case is stayed pending resolution of the Defendants' anticipated motion to transfer venue and/or motion to dismiss for failure to state a claim.

(2) Regarding the discovery Plaintiff has already served, it is likewise stayed—and the Defendants are not required to respond—except to the extent that any of the pending discovery requests relate to jurisdiction and/or venue.

(3) Plaintiff's request for the immediate production of the full Interview Sound Recordings is denied. The recordings will be produced as part of the ordinary discovery process.

DONE and ORDERED this 18th day of May 2023

/s/ *M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE