# EXHIBIT A

Pursuant to this Court's Order granting Defendants' Unopposed Motion to File Exhibits in Paper and Compact Disk Formats (Dkt. 30), copies of Exhibit A (the paperback edition of *The Trump Tapes: The Historical Record*, by Bob Woodward) were submitted to the Court in paperback and PDF formats.