## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PRESIDENT DONALD J. TRUMP,
45th President of the United States of America, in his individual capacity,

    Plaintiff,

v.

SIMON & SCHUSTER, INC., et al.,

    Defendants.

CASE NO. 3:23-cv-2333-MCR-ZCB

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on    June 14, 2023
Motion/Pleadings: MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS
Filed by Plaintiff on June 13, 2023 Doc. # 39
\_\_\_\_ Stipulated     \_\_\_\_ Joint Pleading
_X_ Unopposed     \_\_\_\_ Consented

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        */s/ Patricia G. Romero*
        Deputy Clerk:   Patricia G. Romero

On consideration, the motion is **GRANTED**. Plaintiff's deadline to respond to Defendants' Motions to Dismiss (ECF Nos. 37 & 38) is extended to June 30, 2023.

**DONE** and **ORDERED** this 14th day of June 2023.

        *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**