# FILED UNDER SEAL PER PROTECTIVE ORDER