UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD J. TRUMP,

    Plaintiff,

v.

SIMON & SCHUSTER, INC., et al.,

    Defendants.

CASE NO. 3:23-cv-2333-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   July 5, 2023

Motion/Pleadings: MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF VENUE AND RULE 12(B)(6) MOTIONS TO DISMISS THE AMENDED COMPLAINT

Filed by  Defendants  on  July 3, 2023  Doc. #  45

| | | |
|---|---|---|
| _____ Stipulated | _____ | Joint Pleading |
|  X  Unopposed | _____ | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

---

    On consideration, the motion is **GRANTED**. Defendants may file a reply within 14 days of the date of this order, not to exceed 4,500 words.

**DONE** and **ORDERED** this 5th day of July 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**