# A'Donna Bridges

| | |
|---|---|
| **From:** | Blair Patton on behalf of InterDistrictTransfer |
| **Sent:** | Friday, August 4, 2023 3:00 PM |
| **To:** | A'Donna Bridges |
| **Cc:** | Allison Hunnicutt |
| **Subject:** | FW: Transferred case has been opened - CASE: 3:23-cv-02333 |

Hey A'Donna,

    FYI -

Respectfully,

Blair K. Patton
Resident Deputy in Charge
Northern District of Florida
Gainesville Division
401 SE 1st Ave, Room 243
Gainesville, FL 32601
(352) 380-2401

-----Original Message-----
From: NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
Sent: Friday, August 4, 2023 3:58 PM
To: InterDistrictTransfer <InterDistrictTransfer_FLND@flnd.uscourts.gov>
Subject: Transferred case has been opened


CASE: 3:23-cv-02333

DETAILS: Case transferred from Florida Northern has been opened in Southern District of New York as case 1:23-cv-06883, filed 08/04/2023.

1